UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

KATHERINE M. ERISMAN,                  Case No.: 19-04221
*AKA KATHERINE M. WOESTMAN*,      Chapter: 7

       Debtor.                                     /

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S VERIFIED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

     **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.**
     **If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.**
     **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Katherine M. Erisman (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

     1.     Debtor's Bankruptcy Case.  On May 03, 2019, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>Right to Foreclose</u>.  Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

4. <u>The Note and Mortgage</u>.  On October 21, 2005, the Debtor executed and delivered a note with non-filing party, Katherine Woestman (the "Note") in the principal amount of $219,900.00, which is secured by a mortgage (the "Mortgage").  The Mortgage was executed by Katherine M. Erisman and Gregory Erisman.  The Mortgage is recorded in Official Records Book 15740 at Page 1788-1800 with an Instrument Number 2005521540, of the Public Records of Hillsborough County, Florida.  A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **Exhibit A, B and C**.

5. <u>Collateral</u>.  Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 4713 West Coachman Ave, Tampa, Florida 33611 and further described as follows:

Lot 29, Block 3, Guernsey Estates Addition, according to map or plat thereof as recorded in Plat Book 34, Page 61 of the Public Records of Hillsborough County, Florida.

6. <u>Secured Creditor's Claim</u>.  The Debtor owes Secured Creditor an outstanding principal balance of $176,915.16, plus applicable interest, penalties, fees and costs, and has defaulted by failing to make the payment due on February 1, 2018, and all subsequent payments due thereafter.

7. <u>Relief Requested</u>.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in</u>

<u>rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- Secured Creditor's interest is not being adequately protected as the loan is due for the February 1, 2018 payment and all subsequent payments due thereafter.

- The Debtor's Statement of Intention indicates the Property is being surrendered;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- The Property is not claimed as exempt on Schedule C and the Debtor intend to surrender the Property.

- Interest continues to accrue; and

- Property taxes continue to accrue.

8.  <u>Loss Mitigation</u>.  Secured Creditor requests it be permitted to contact the Debtor regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

9.  <u>Request for Attorney's Fees and Costs</u>.  Secured Creditor requests attorney's fees in the amount of $450.00 and costs of $181.00, as a result of filing the instant motion.

10. <u>Request for Waiver of 14-Day Stay of Relief</u>.  Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3), be waived.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper.

                                  McCalla Raymer Leibert Pierce, LLC

By:    */s/ Melbalynn Fisher*
        Melbalynn Fisher
        Florida Bar No. 107698
        Attorney for Creditor
        110 S.E. 6th Street, Suite 2400
        Ft. Lauderdale, Florida 33301
        Phone: 954-526-5846
        Fax: 954-526-5846
        Email: melbalynn.fisher@mccalla.com

## VERIFICATION

The undersigned **Chastity Wilson** (name), as the **Assistant Secretary** (title/position) of Nationstar Mortgage LLC d/b/a Mr. Cooper; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of Nationstar Mortgage LLC d/b/a Mr. Cooper;

(ii) Based on my review of the business books and records of Nationstar Mortgage LLC d/b/a Mr. Cooper, the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B, C** are true and correct copies of the originals.

*Chastity Wilson*
Name and Title
Chastity Wilson
Assistant Secretary of Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _____June 18, 2019_____, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Katherine M. Erisman, 6309 South Clark Avenue, Tampa, FL 33616; and those parties receiving CM/ECF service

   Peter D Carratt
   Douglas N Menchise
   United States Trustee

                                                     By:    */s/ Melbalynn Fisher*
                                                                      Melbalynn Fisher